Commonwealth ex rel. Washington, Appellant, *v.* Cavell.

Submitted September 13, 1965. *William Washington,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick,*

*Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.